IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:22-MJ-<u>209</u> |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| YVONNE M. BOOHER, | ) | Court Date: August 8, 2022 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7512282)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 5, 2022, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, YVONNE M. BOOHER, did unlawfully drive and operate a motor vehicle while under the influence of a narcotic to a degree which impairs her ability to drive and operate any motor vehicle safely.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(iii), 1950, as amended)

(COUNT II – Class A Misdemeanor – 7512283)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 5, 2022, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, YVONNE M. BOOHER, did unlawfully, knowingly, and intentionally possess a detectable amount of narcotics.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2 250(b1), 1950, as amended)

(COUNT III – Class B Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 5, 2022, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, YVONNE M. BOOHER, did unlawfully go upon a military installation for a purpose prohibited by law, to wit: knowingly and intentionally entering Marine Corps Base Quantico while in possession of a detectable amount of narcotics.

(Violation of Title 18, United States Code, Section 1382)

Respectfully Submitted,

Jessica D. Aber
United States Attorney

_____
James D. Coppinger
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
James.coppinger@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this __3__ day of August 2022 to the defendant's home of record.

By: _____
James D. Coppinger
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
James.coppinger@usdoj.gov